UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
David Dambrosio
    **Plaintiff**

    v.

                                  **Civil Action No. 1:25-cv-10782-FDS**

Joseph D. McDonald, Jr. et al
    **Defendant**
_____

**ORDER OF DISMISSAL**

**Saylor, D.J.**

In accordance with the Court's ORDER dated April 9, 2025 (Dkt. No. 26), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                            By the Court,

2/26/2026                                    /s/ Melonie Cooke
Date                                           Deputy Clerk